# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Scott Alan Brister | Case No.:  25-6135MJ<br><br>**CRIMINAL COMPLAINT**<br>**(Electronically Submitted)** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1 (Distribution of Child Pornography w/ Prior Qualifying Conviction

On or about March 2, 2025, in the District of Arizona, Defendant Scott Alan Brister, a person convicted of a prior qualifying sex offense, namely, Distribution of Child Pornography in Case CR-17-01251-PHX-DLR on or about June 19, 2018, did knowingly distribute a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.  The visual depiction had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped and transported by any means, including by computer.   One file distributed can be described as 4e22e430-f7dc-11ef-a6b7-efd9e1e7bfd4.mp4, in violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256. See Attachment A
.
### COUNT 2 (Possession of Child Pornography w/ Prior Qualifying Conviction)

On or about April 4, 2025, in the District of Arizona, Defendant Scott Alan Brister, a person with a prior qualifying conviction, namely, Distribution of Child Pornography in Case CR-17-01251-PHX-DLR on or about June 19, 2018 , knowingly possessed and knowingly accessed with intent to view, a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depictions was of such conduct.   The visual depiction possessed and accessed by Scott Alan Brister was contained on a cellular phone and included a minor under age 12.  The visual depiction on the cellular phone had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer.   Some of the visual depictions of minors engaged in sexually explicit conduct are listed as follows: 6ee6f1a0-f473-11ef-b6b9-4f9a76f9fd52.MOV;  F452e624-f57f-11ef-b6e9-c9ca7c351 bc8. mp4;  A86204b0-f0a9-11ef-9bf2-47ffb00ece14.mp4; 6ee73fc0-f473-11ef-aee6-7581a75fc 4a6.mp4, in violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256. See Attachment A.

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:  **See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: *s/Gayle L. Helart*, AUSA

Digitally signed by GAYLE HELART
Date: 2025.04.21 12:08:10 -07

Jonathan Williams, Special Agent, FBI
Name of Complainant

Signature of Complainant

Telephonically Sworn to and subscribed

April 21, 2025@12:49pm                at     Phoenix, Arizona
Date                                         City and State


HONORABLE ALISON S. BACHUS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS
## COUNT 1

On or about March 2, 2025, in the District of Arizona, and elsewhere, Defendant SCOTT ALAN BRISTER, a person with a prior qualifying conviction, did knowingly distribute any visual depiction that involved the use of a minor engaging in sexually explicit conduct and where such visual depictions were of such conduct; and where the visual depiction was mailed, shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1), and 2256.

[This violation is punishable by a term of imprisonment of 15 years – 40 years, $250,000, and a term of supervised release of between 5-life.]

## COUNT 2

On or about April 4, 2025, in the District of Arizona, Defendant SCOTT ALAN BRISTER, a person with a prior qualifying conviction, knowingly possessed and knowingly accessed with intent to view, a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depictions was of such conduct. The visual depiction possessed and accessed was contained on a cellular phone and included a minor under age 12. The visual depiction on the cellular phone had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256. See Attachment A.

[This violation is punishable by a term of imprisonment of 10 years – 20 years, $250,000, and a term of supervised release of between 5-life.]

# ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Special Agent Jonathan M. Williams, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. A summary of the facts of this case, as more fully detailed herein, are that an individual, who is a resident of Phoenix, Arizona (AZ), possessed and distributed child pornography. The investigation determined the individual associated with the possession and distribution of child pornography was Scott Alan Brister, DOB XX/XX/1970 (full DOB known to me).

2. I am a Special Agent with the Federal Bureau of Investigation assigned to the Phoenix Division. I have been so employed for three years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. I am familiar with the definition of child pornography as it is defined under 18 U.S.C. § 2256, and I am familiar with the fact that child pornography is also referred to as CSAM or Child Sexual Abuse Material. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

## II. DETAILS OF INVESTIGATION

3. In the following investigative details, all initials, subject references, and redacted DOB's references refer to persons and dates that are known to law enforcement.

4. On April 4, 2025, FBI-Phoenix received a report which I received for further investigation. The report was from the Bureau of Prisons that reflected that Scott Brister was currently at the Roosevelt Residential Re-Entry Center (RRC), a halfway house, as he

was serving the last portion of his 97-month prison sentence for Distribution of Child Pornography in Case No. CR-17-01251-PHX-DLR in the District of Arizona. I talked with staff officials from the RRC and read documentation which both explained that on April 3, 2025, a federal corrections officer at the Roosevelt RRC noticed that Brister was in possession of two cellular devices. The rules of the RRC allow an inmate to have a phone because they must call his/her probation officer regularly and frequently; however are not allowed to have a second personal phone. Specifically, the officer observed that as he (the officer) walked by Brister's room, he saw a cellular telephone on Brister's table and also a cellular telephone in Brister's hand. The correctional officer asked why Brister had two phones and Brister stated something to the effect of "you didn't see anything." The correctional officer notified a higher-level staff member and asked why Brister had two phones. The higher-level employee confronted Brister about the second unauthorized cellular phone, which turned out to be the phone in Brister's hand. Brister initially declined to provide the unauthorized phone to the faculty, but after conversation provided the device and the pin code to unlock the device. Brister stated to the facility staff the device may contain "CP." The facility staff and I are all familiar that "CP" refers to child pornography. It is reasonable to believe that Brister also has knowledge that "CP" means illegal images files of minors engaged in sexually explicit conduct in violation of 2256 as well, because of his prior conviction for Distribution of Child Pornography.

5. A member of the facility staff unlocked the phone with the pin code that Brister provided and accessed the photo gallery while in the presence of Brister. The facility staff viewed what appeared to be sexually explicit thumbnail images within the photo gallery. They did not examine the thumbnail images more thoroughly for details of estimated ages, but they did report the events quickly. The facility staff placed the phone in airplane mode, turned off the phone, and secured the phone in a locked office. I retrieved the phone from the staff employees the next day (April 4, 2025) and secured it at the FBI-Phoenix office. I am familiar with the thumbnail images in that they are created when a

user views the associated visual file and would not be created without having interacted with the visual file.

6.   On April 11, 2025, in Case No. 25-3155MB, the Honorable Michael T. Morrissey, authorized a search warrant for this unauthorized cellular phone observed in Brister's possession.

## SEARCH WARRANT EXECUTION FACTS

7.   On April 11, 2025, FBI-Phoenix Computer Analysis Response Team executed a search warrant on Brister's phone. An examination of the device revealed approximately 40 videos of Child Sexual Abuse Material as well as images of CSAM. The digital forensics is ongoing. I am in the process of reviewing the data and files on Brister's phone which includes the following five videos I observed:

   a.   6ee6f1a0-f473-11ef-b6b9-4f9a76f9fd52.MOV: The video is a 1 minute 40 second long color video compilation style video depicting a minor female, approximately 8 to 10 years old, performing oral sex on an adult male; an adult male rubbing his penis on the minor female's genitalia; and a minor female placing and having placed foreign objects into her anus.

   b.   F452e624-f57f-11ef-b6e9-c9ca7c351bc8.mp4: The video is a 16 minute 30 second color video depicting an adult male performing oral sex on a minor female, approximately 10 to 12 years old; the minor female performing oral sex on the adult male; and the adult male penetrating the minor female with his penis.

   c.   A86204b0-f0a9-11ef-9bf2-47ffb00ece14.mp4: The video is a 9 second long color video with sound depicting a fully nude minor male, approximately 6 to 8 years old, sitting on a fully nude adult male while the adult male penetrates the minor males anus.

   d.   6ee73fc0-f473-11ef-aee6-7581a75fc4a6.mp4: The video is 43 second long color video with sound depicting a minor male, approximately 8 to 10 years old, lying on his back on a blue surface with an adult female performing oral sex on the minor male.

3

e. 6ee73fc0-f473-11ef-ab05-cb1bebc64d6a.MP4: The video is a 17 second long color video with sound depicting a fully nude minor female, approximately 12 to 14, on her elbows and knees facing away from the camera while an adult female performs oral sex on the minor female.

8. On March 2, 2025, Brister distributed three videos on the application TeleGuard, one of which was CSAM which includes the following file, from Brister's username "Ian" to the recipients username "AngieZona":

a. 4e22e430-f7dc-11ef-a6b7-efd9e1e7bfd4.mp4: The video is 3 minutes and 27 second color video with sound depicting a fully nude minor female, approximately 8 to 10 years old, on top of a fully nude adult male who is lying on his back on a bed. The adult male is anally penetrating the minor female.

9. The chats surrounding the distribution of CSAM are listed below:

a. 2/4/2025 6:32 AM UTC: AngieZona "I'm thinking too much about this stuff"

b. 2/4/2025 4:56PM UTC: AngieZona "are you still there?"

c. 3/2/2025 11:24 AM UTC: Ian "Hey"

d. 3/2/2025 11:26 AM UTC: Ian "Are you getting wet whenever you think about it"

e. 3/2/2025 7:41 PM: AngieZona "a little, sometimes."

f. 3/2/2025 7:41 PM UTC: Ian "Ahhh"

g. 3/2/2025 7:42 PM UTC: Ian "But you are wanting more"

h. 3/2/2025 7:43 PM UTC: AngieZona "It's mixed, sometimes I really, really do and others I wish I'd never seen it."

i. 3/2/2025 7:45 PM UTC: Ian "But right now you want it"

j. 3/2/2025 7:45 PM UTC: Ian "Or you wouldn't have messaged me"

k. 3/2/2025 7:45 PM UTC: AngieZona "I admit it. I do."

l. 3/2/2025 7:45 PM UTC: AngieZona "Am I addicted?"

4

  m. 3/2/2025 7:48 PM UTC: Ian "Maybe"

  n. 3/2/2025 7:48 PM UTC: AngieZona "I hope not. Are you?"

  o. 3/2/2025 7:49 PM UTC: Ian "A little."

  p. 3/2/2025 7:50 PM UTC: AngieZona "How do you deal with it?"

  q. 3/2/2025 7:50 PM UTC: Ian "I just limit myself"

  r. 3/2/2025 7:51 PM UTC: AngieZona "good idea. You're the only one who gives it to me so don't let me go too far."

  s. 3/2/2025 7:51 PM UTC: Ian "Ok"

  t. 3/2/2025 7:57 PM UTC: Ian "All you have to do is ask"

  u. 3/2/2025 7:58 PM UTC: Ian "Like a good girl"

  v. 3/2/2025 7:58 PM UTC: AngieZona "ok, will you please send something you know I'll like?"

  w. 3/2/2025 7:59 PM UTC: Ian – Sends a 7 second video of pornography

  x. 3/2/2025 8:00 PM UTC: AngieZona "I am a good girl. She is too."

  y. 3/2/2025 8:01 PM UTC: Ian "Do you like being Daddy's good girl"

  z. 3/2/2025 8:02 PM UTC: AngieZona "Always"

  aa. 3/2/2025 8:03 PM UTC: Ian – Sends a 15 second video of an adult woman masturbating while a minor female, approximately 3 to 5 years old, is sitting on the couch nearby.

  bb. 3/2/2025 8:05 PM UTC: Ian – Sends 4e22e430-f7dc-11ef-a6b7-efd9e1e7bfd4.mp4, described above, that is CSAM.

  cc. 3/2/2025 8:05 PM UTC: AngieZona "she is naughty but it's too much for me"

  dd. 3/2/2025 8:07 PM UTC: Ian "What about this one"

  ee. 3/2/2025 8:08 PM UTC: AngieZona "too young for me. Also a little scary somehow."

  ff. 3/2/2025 8:08 PM UTC: Ian "She is about 11 or 12"

5

      gg.    3/2/2025 8:12 PM UTC: AngieZona "Maybe? I don't know, she seems a lot younger to me."

10.    I noted there were several selfie-type photographs of Brister in the phone that I visually compared to the photograph in his Arizona Motor Vehicle Department records, that further associate Brister with the phone. The phone contained approximately 8,000 videos generally. Of those 8,000, many contained adult pornography content, adult bestiality content, and approximately 40 unique videos of child pornography. Additionally, the phone also contained approximately 90,000 images that I am still reviewing. Of those 90,000 images, many contained adult pornography content, but I have noted at least 100 that show child pornography content as well.

11.    I am familiar that Scott Alan Brister received his prior conviction on June 19, 2018, for Distribution of Child Pornography in the District of Arizona in Case CR-17-01251-PHX-DLR, Brister received a term of 97 months' imprisonment and lifetime supervised release. At the time he possessed the phone, he was located in the District of AZ.

    //

    //

    //

### VIII. CONCLUSION

12.    Based on the foregoing, there is probable cause to believe that federal criminal statutes of Distribution of Child Pornography with a prior qualifying conviction

in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256, and Possession of Child Pornography with a prior qualifying conviction in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256 with a prior qualifying conviction, have been committed by Scott Alan Brister and I am requesting authorizing for an arrest warrant.

Respectfully submitted,

_____
Jonathan M. Williams, Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically before me this  21st  day of April, 2025.

_____
HONORABLE ALISON S. BACHUS
United States Magistrate Judge

7